**LAW OFFICE OF IRENE KARBELASHVILI**
Irene Karbelashvili, State Bar Number 232223
Irakli Karbelashvili, State Bar Number 302971
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for RACHELLE RIDOLA, Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHELLE RIDOLA,<br>　　　　　Plaintiff,<br>vs.<br>MOTEL 6 OPERATING L.P., a Delaware limited partnership, d/b/a MOTEL SIX; G6 HOSPITALITY PROPERTY LLC, a Delaware limited liability company; and DOES 1-10, Inclusive,<br>　　　　　Defendants. | Case No. 16-cv-01111-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

**STIPULATION**

RACHELLE RIDOLA ("Plaintiff") and Defendants MOTEL 6 OPERATING L.P., a Delaware limited partnership, d/b/a MOTEL SIX; G6 HOSPITALITY PROPERTY LLC, a Delaware limited liability company (collectively "Defendants") stipulate as follows:

1. This action shall be dismissed with prejudice.
2. All parties shall bear their own costs and fees in the action.
3. The Court shall retain jurisdiction over the parties' CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE OF CLAIMS.

**IT IS SO STIPULATED.**

1
2
3  Dated: January 16, 2017          */s/ Irene Karbelashvili*
4                                   Irene Karbelashvili, Attorney for
                                    Plaintiff RACHELLE RIDOLA
5
6  Dated: January 17, 2016          */s/Myra B. Villamor*
7                                   Myra B. Villamor, Attorney for
                                    Defendants MOTEL 6 OPERATING, L.P. and
8                                   G6 HOSPITALITY PROPERTY, LLC.
9
10
11
12
13
14
15                          **FILER'S ATTESTATION**
16     Pursuant to Local Rule 5-1, I, Irene Karbelashvili, hereby attest that I received the
17  concurrence of Defendants' counsel in the filing of this document.
18                                        */s/ Irene Karbelashvili*
                                          Irene Karbelashvili
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Having reviewed the above Stipulation for Dismissal with Prejudice by Plaintiff RACHELLE RIDOLA ("Plaintiff") on the one hand and Defendants MOTEL 6 OPERATING, L.P. and G6 HOSPITALITY PROPERTY, LLC. ("Defendants") on the other hand,

**IT IS HEREBY ORDERED** that:

1. This action be dismissed with prejudice.
2. All parties shall bear their own costs and fees in the action.
3. The Court retains jurisdiction over the parties' CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE OF CLAIMS.
4. The Clerk shall close the case file.

Dated:_____,                   /s/ Beth Labson Freeman
                                           United States District Judge